# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 24, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

02-3899

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

1:00 cr 111
Dl6H

**FILED**

FEB - 7 2005

LEONARD GREEN, Clerk

Re: Gregory Gallatin
v. United States
No. 04-6587
(Your No. 02-3899)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Sixth Circuit, for further consideration in light of United States v. Booker, 543 U.S. ___ (2005).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**William K. Suter**, Clerk