No. 02-3899

**FILED**

05 MAR -3 PM 2:40

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MAR 03 2005

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA,           )
                                    )
    Plaintiff - Appellee,           )
                                    )
v.                                  )       O R D E R
                                    )
GREGORY GALLATIN,                   )       1:00cv111
                                    )
    Defendant - Appellant.          )
                                    )

Before:   NORRIS, BATCHELDER, and COLE, Circuit Judges.

The United States Supreme Court having vacated the judgment entered by this court on January 24, 2005 and the case having been remanded for further consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S.Ct. 738 (2005), the case is remanded to the United States District Court for the Southern District of Ohio for resentencing pursuant to the opinion of the Supreme Court.

IT IS SO ORDERED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk