*00-00111*

FYI

*Jill* **FOR YOUR INFORMATION**

RECEIVED
*Platt*
MAR 0 1 2005

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

02-3899

~~LEONARD GREEN, Clerk~~
~~CLERK OF THE COURT~~
WILLIAM K. SUTER, Clerk

AREA CODE 202
479-3011

February 25, 2005

**FILED**

MAR 1 8 2005

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals
  for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

Re:   Gregory Gallatin
      v. United States
      No. 04-6587   (Your docket No. 02-3899)

1:00cr111

Dear Clerk:

Enclosed please find a certified copy of the judgment of this Court in the above-entitled case. A copy of the opinion cited in the judgment may be obtained by visiting our website @www.supremecourtus.gov.

Kindly acknowledge receipt on the <u>attached copy of this letter</u>.

Sincerely,

WILLIAM K. SUTER, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc:   Mr. Gregory Gallatin
      Acting Solicitor General