# Supreme Court of the United States

No. 04-6587

**RECEIVED**

MAR 0 1 2005

LEONARD GREEN, Clerk

GREGORY GALLATIN,

Petitioner

v.

UNITED STATES

**FILED**

MAR 1 8 2005

LEONARD GREEN, Clerk

ON PETITION FOR WRIT OF CERTIORARI to the United States Court of Appeals for the Sixth Circuit.

THIS CAUSE having been submitted on the petition for a writ of certiorari and the response thereto.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Booker* v. *United States*, 543 U.S. ___ (2005).

January 24, 2005

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy