AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

                      Case Number:   1:00cr111-1

    V.

GREGORY GALLATIN,                District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 (New Chambers) |
| | DATE AND TIME |
| | JULY 6, 2005 at 10:30 A.M. |

The sentencing in this case previously scheduled for this time is hereby VACATED.

                                    JAMES BONINI, CLERK

                                    ___s/Stephen Snyder_____
                                    Stephen Snyder
                                    Case Manager
                                    (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                      www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.