IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.     Case Number: 1:00cr111-1

GREGORY GALLATIN

CRIMINAL MINUTES: RESENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 110 Months

Conditions/Recommendations:

3 Years Supervised Release

Conditions:

> Defendant shall provide Probation Officer access to all requested financial information
>
> Defendant shall undergo a chemical dependency assessment and comply with any recommended treatment

Defendant is remanded to the United States Marshal

Judge:                Susan J. Dlott

Courtroom Deputy:     William Miller

Court Reporter:       Julie Wolfer, Official

Date:                 10/27/05