UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:00-CR-111-1 |
| Plaintiff-Appellee, | : | |
| vs. | : | |
| GREGORY GALLATIN, | : | |
| Defendant-Appellant. | : | |

# NOTICE OF APPEAL

Notice is hereby given that Defendant, Gregory Gallatin, does hereby appeal to the United States Court of Appeals for the Sixth Circuit from the judgment and sentence entered in this action on the 27th day of October, 2005.

Respectfully Submitted,

/s/ Bryan R. Perkins
_____
BRYAN R. PERKINS  (0061871)
Attorney for Defendant-Appellant
119 East Court Street
Suite 314
Cincinnati, Ohio 45202
(513) 632-5335

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Appeal was served upon Kenneth Parker, Asst. U.S. Attorney, 221 E. Fourth Street, Suite 400 Cincinnati, Ohio 45202, by ordinary mail service on this 7th day of November 2005.

/s/ Bryan R. Perkins
_____
BRYAN R. PERKINS