**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 05-4603

07 JAN -4 PM 4: 25

Filed: January 3, 2007

UNITED STATES OF AMERICA

   Plaintiff - Appellee

 v.

GREGORY GALLATIN

   Defendant - Appellant

**MANDATE**

  Pursuant to the court's disposition that was filed 12/7/06
the mandate for this case hereby issues today.

COSTS: NONE

Filing Fee ..........$
Printing ............$

  Total ........$

A True Copy.

Attest:

Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

LEONARD GREEN
CLERK

LAURA JONES
(513) 564-7023
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 3, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

        RE: 05-4603
            USA vs. Gallatin
            District Court No. 00-00111

Dear Clerk:

    Enclosed is a copy of the mandate filed in this case. The certified
record wa made available to this court electronically.

                                    Very truly yours,
                                    Leonard Green, Clerk

                                    Laura A. Jones
                                    Case Manager

cc: Honorable Susan J. Dlott
    Mr. Kenneth L. Parker
    Mr. Bryan R. Perkins

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202