00-00111

RECEIVED
MAR 2007

LEONARD GREEN

05-4603

**Supreme Court of the United States**
Office of the Clerk
Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 15, 2007

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
MAR 2 3 2007
LEONARD GREEN, Clerk

**FILED**
MAR 2 6 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO

Re: Gregory Gallatin
v. United States
No. 06-10048
(Your No. 05-4603)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 6, 2007 and placed on the docket March 15, 2007 as No. 06-10048.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst