AO 93 (Rev. 5/85) Search Warrant

*ATTACHMENT A*

### RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12-1-00 | 12-1-00  7:00pm | At residence w/ Mrs. Gallatin |

**INVENTORY MADE IN THE PRESENCE OF**
S/A Smith and S/A Pearson

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1) 2 boxes of Glad plastic bags
2) 3 trash bags, containing documents
3) 2 suit cases
4) 1 green duffel bag
5) 2 duffel bags, one white plastic bag, containing marijuana and a black large scale
6) 1 box for a large digital scale
7) 1 plastic box, containing records and documents
8) 1 large green tub, containing approximately 104 pounds of marijuana
9) 1 bag of records
10) vehicle records
11) $5000.00 US currency
12) 1 cellular telephone
13) 1 bag of records
14) 2 marijuana smoking pipes
15) 1 red tray, 1 knife, marijuana and paraphernalia
16) 6 cellular telephones
17) 1 bag of rubber bands
18) 1 bag of syringes
19) 1 purple box, containing marijuana and a drug record
20) 1 Beretta handgun
21) one digital scale
22) 1 bag of records
23) Evidence bag, containing old US currency
24) 1 Icom 2-way radio
25) 1 baggie containing marijuana and tobacco
26) 1 bag of marijuana

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant:

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*  12/4/00

U.S. Judge or Magistrate    Date