ATTACHMENT B

## Status Inquiry

Asset ID: 01-DEA-386264     Seizure No: N-33     Case No: I9-01-0020
Asset Description: $5,000.00 U.S. Currency

### Asset Information

Asset Value: $5,000.00
Asset Type: Cash/Currency
FIRE Begin Date:
Seizing Office: Cincinnati, OH Resident Office
Sub-Office: Cincinnati, OH RO
Seizure District: Southern District of Ohio
Seized From: Gallatin, Greg
Quick Release: N
Electronic Transfer: N
Victims Anticipated: N
Intl Sharing Anticipated: N

Seizure Date: 12/01/2000
Adoption Date:
FIRE End Date:

Hold as Evidence: N
Forfeiture-Dependent Award: N
Parties Exist: Y

Post and Walk Date:
Cur Storage Start Dt: 12/20/2000
Final Disposal Date: 07/02/2001
USM File Fwd Dist:
USM File Rcvd Dist:

Custodial Agcy: United States Marshals Service
Disposal Type: Deposit/Transfer Seized Cash
USM File Fwd AFO:
USM File Rcvd AFO:

### Forfeiture Information

Court Case No:
Processing Dist: Southern District of Ohio

USAO No:
Referral Date:

Forfeiture Dcsn: Approved
Forf Dcsn Date: 04/20/2001
Parallel Processing:

Forfeiture Type: Administrative
Delay Forfeiture: N
Forfeiture Dcsn Entry Date: 06/19/2001
Abandonment Declared Date:

### Disposal Information

Disposal Instruction:

| Item No | Instr Date | Disposition Decision | Item Description |
|---|---|---|---|
| 0 | 06/19/2001 | Deposit Seized Cash | $5,000.00 U.S. Currency |

Disposal Data:

| Item No | Disp Date | Disposal Type | Disp Amount | Disp Value |
|---|---|---|---|---|
| 0 | 07/02/2001 | Deposit/Transfer Seized Cash $5,000.00 U.S. Currency | $5,000.00 | $5,000.00 |

### File Closure Information

Case Closed Agcy:    DEA    USMS
Case Closed Date:    07/05/2001    07/11/2001

### Newspaper Advertisement Information

| Agency | Ad Number | First Ad Dt | Claim Deadline Dt | Publication |
|---|---|---|---|---|
| DEA | DEA592 | 01/15/2001 | 02/28/2001 | Wall Street Journal |

### Notification Information

| Address Type-Seq | Notice Type | Notified Dt | Return Receipt Dt | Claim Deadline Dt | Notification Status |
|---|---|---|---|---|---|
| 595132 - Gallatin, Greg | | | | | |
| A - 1 | Goldburg/Esq, Richard J., 2662 Madison Road, Cincinnati, OH 45208 | | | | |
| | A | 01/04/2001 | 01/08/2001 | 02/08/2001 | Notification Completed |
| J - 1 | Hamilton County Justice Center, 1000 Sycamore Street, Cincinnati, OH 45202 | | | | |
| | A | 01/04/2001 | 01/08/2001 | 02/08/2001 | Notification Completed |
| P - 1 | 6137 N. Fordham Place, Cincinnati, OH 45213 | | | | |
| | A | 01/04/2001 | 01/08/2001 | 02/08/2001 | Notification Completed |
| 595428 - Phillips, Gloria | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P - 1 | 6137 N. Fordham Place, Cincinnati, OH 45213 | | | | |
| | A | 01/04/2001 | 01/08/2001 | 02/08/2001 | Notification Completed |
| 595429 - Payne, Michael | | | | | |
| P - 1 | 6137 N. Fordham Place, Cincinnati, OH 45213 | | | | |
| | A | 01/04/2001 | 01/08/2001 | 02/08/2001 | Notification Completed |

---

### Equitable Sharing Information

**DAG-71 Data:**

| NCIC/ORI | Receipt_Dt | % Requested | Compliance | | Other Agency Name |
|---|---|---|---|---|---|
| KY0080000 | 01/11/2001 | 13.33 | Y | 02/28/2009 | Boone County Sheriff Department |
| KY0080200 | 01/11/2001 | 13.33 | Y | 08/31/2008 | Florence Police Department |
| KY0590100 | 01/12/2001 | 13.33 | Y | 08/31/2008 | Covington Police Department |
| KY0590300 | 01/11/2001 | 13.33 | Y | 08/31/2008 | Erlanger Police Department |
| OH0090200 | 01/23/2001 | 13.33 | Y | 02/28/2009 | Hamilton Police Department |
| OHBCI0000 | 02/14/2001 | 13.33 | Y | 08/31/2008 | Ohio Bureau of Criminal Identification & Investig. |

**DAG-72 Data:**   Status: Granted

| Office Level | Rcmd Date | Authority | Rcmd Type | NCIC/ORI | Dcsn | % Granted | Date Executed |
|---|---|---|---|---|---|---|---|
| IA Field Office | 01/15/2001 | Recommendation | C | KY0080000 | G4 | 13.33 | |
| | | | | KY0080200 | G4 | 13.33 | |
| | | | | KY0590100 | G4 | 13.33 | |
| | | | | KY0590300 | G4 | 13.33 | |
| | | | | OH0090200 | G4 | 13.33 | |
| | | | | OHBCI0000 | G4 | 13.33 | |
| IA Headquarters | 06/06/2001 | Final Decision | C | KY0080000 | G4 | 13.33 | 07/02/2001 |
| | | | | KY0080200 | G4 | 13.33 | 07/02/2001 |
| | | | | KY0590100 | G4 | 13.33 | 07/02/2001 |
| | | | | KY0590300 | G4 | 13.33 | 07/02/2001 |
| | | | | OH0090200 | G4 | 13.33 | 07/02/2001 |
| | | | | OHBCI0000 | G4 | 13.33 | 07/02/2001 |

---

### Accounting Information

| Trans_Date | Type | Amount | Fund_Code | SOC_Code | Trans Code | Trans_ID | Agency |
|---|---|---|---|---|---|---|---|
| 01/15/2001 | Exp | $106.62 | AFF | 2503 | P | DEA-95-C0003 | DEA |
| 07/02/2001 | Inc | $5,000.00 | AFF | 9001 | V | 1309 | USMS |
| 07/09/2001 | Exp | $652.29 | AFF | 2566 | V | 1362 | USMS |
| | KY0080000 | Boone County Sheriff Department | | | | | |
| 07/09/2001 | Exp | $652.29 | AFF | 2566 | V | 1363 | USMS |
| | KY0080200 | Florence Police Department | | | | | |
| 07/09/2001 | Exp | $652.29 | AFF | 2566 | V | 1364 | USMS |
| | KY0590100 | Covington Police Department | | | | | |
| 07/09/2001 | Exp | $652.29 | AFF | 2566 | V | 1335 | USMS |
| | KY0590300 | Erlanger Police Department | | | | | |
| 07/09/2001 | Exp | $652.29 | AFF | 2566 | V | 1339 | USMS |
| | OH0090200 | Hamilton Police Department | | | | | |
| 07/09/2001 | Exp | $652.29 | AFF | 2566 | V | 1338 | USMS |
| | OHBCI0000 | Ohio Bureau of Criminal Identification & Investig. | | | | | |

*= Lump Sum Expense/Income*

---

Back to Top