UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION

UNITED STATES OF AMERICA        :     CR-1-00-111-1
                                :
                                :     J. Dlott
           v.                   :
                                :     **UNITED STATES' MOTION FOR**
                                :     **EXTENSION OF TIME TO FILE**
GREGORY GALLATIN                :     **AFFIDAVIT(S)**

                     - - - - - - - - - - - - - - -

   Now comes the United States, by and through counsel, and hereby respectfully requests that this Court grant a 60-day extension of time for the United States to file its affidavit(s) as required by the Order of this Court entered July 16, 2008. (Doc. 156).

   On December 8, 2004, Gallatin filed a motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). (Doc. 131).

   On May 20, 2008, the United States filed its response in opposition to Gallatin's motion. (Doc. 155).

   On July 16, 2008, the Court denied (Doc. 156) in part Gallatin's motion and instructed the United States to file within 30 days of the date of the order, affidavit(s) to support its assertions that the government did not seize $1,700.00 from Gallatin's bank account, and that DEA agents destroyed the personal property items identified in Exhibit A to the United States' response.

An extension of time is requested because the undersigned Assistant United States Attorney has personal obligations that require an extended time away from the office.

Accordingly, we request that this Court grant a 60-day extension to file its affidavit(s).

                              Respectfully submitted,

                              GREGORY G. LOCKHART
                              United States Attorney

                              <u>s/Kenneth L. Parker</u>
                              KENNETH L. PARKER (0068805)
                              Assistant United States Attorney
                              221 East Fourth Street
                              Suite 400
                              Cincinnati, Ohio  45202
                              (513) 684-3711
                              Fax:  (513) 684-2047
                              Kenneth.Parker@usdoj.gov

## **CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was delivered by regular U.S. Mail this 18th day of August, 2008, to Gregory Gallatin, FCI Milan, P.O. Box 9999, East Arkona Road, Milan, Michigan 48160.

                              <u>s/Kenneth L. Parker</u>
                              KENNETH L. PARKER (0068805)
                              Assistant United States Attorney