*Granted C. Dlott*
*8/19/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-00-111-1 |
| | : | |
| | : | J. Dlott |
| v. | : | |
| | : | **UNITED STATES' MOTION FOR** |
| | : | **EXTENSION OF TIME TO FILE** |
| GREGORY GALLATIN | : | **AFFIDAVIT(S)** |

- - - - - - - - - - - - - - - -

Now comes the United States, by and through counsel, and hereby respectfully requests that this Court grant a 60-day extension of time for the United States to file its affidavit(s) as required by the Order of this Court entered July 16, 2008. (Doc. 156).

On December 8, 2004, Gallatin filed a motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). (Doc. 131).

On May 20, 2008, the United States filed its response in opposition to Gallatin's motion. (Doc. 155).

On July 16, 2008, the Court denied (Doc. 156) in part Gallatin's motion and instructed the United States to file within 30 days of the date of the order, affidavit(s) to support its assertions that the government did not seize $1,700.00 from Gallatin's bank account, and that DEA agents destroyed the personal property items identified in Exhibit A to the United States' response.